# Court of Appeals
# of the State of Georgia

ATLANTA, April 26, 2019

*The Court of Appeals hereby passes the following order*

**A19I0157. SUBARU CORPORATION et al. v. ALEX SCANLON, AS EXECUTOR OF THE ESTATE OF BARRY SCANLON et al. .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

18C05623



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta, April 26, 2019.

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*